In the Matter of WINTHROP TAYLOR, Respondent, against LOUIS V. VION, as Assessor of the Town of Smithtown, et al., Appellants.

Submitted October 17, 1955; decided November 17, 1955.

*Guy O. Walser* for motion.

*Walter R. Kuhn* opposed.

Motion dismissed upon the ground that the order sought to be appealed from does not finally determine a special proceeding within the meaning of the Constitution.